**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    City of Houston and Annise D. Parker  **V.**  Phillip Paul Bryant and
James Scarborough

Appellate case number:   01-16-00273-CV

Trial court case number:  2015-69353

Trial court:               333rd District Court of Harris County

Date motion filed:        January 27, 2017

Party filing motion:      City of Houston

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                      ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Brown.


Date: May 2, 2017